#13

FILED

2003 OCT 16 P 12: 41

### UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM SCOTT<br>Plaintiff<br>VS.<br><br>UNITED NATURAL FOODS INC.<br>Defendant | :<br>:<br>:<br>:<br>:<br>: | CASE NO. 303CV632(SRU) WF<br><br><br>OCTOBER 15, 2003 |

### RULE 26(F) REPORT OF PARTIES PLANNING MEETING

DATE COMPLAINT FILED: April 8, 2003

DATE OF PLAINTIFF'S APPEARANCE: April 8, 2003; substitute appearance by Catherine Sammartino and Andrew Berg on or about July 25, 2003.

DATE COMPLAINT SERVED:     On or about August 20, 2003.

DATE OF DEFENDANT'S APPEARANCE: August 12, 2003

Pursuant to Fed. R. Civ. Pro. 16(b), 26(f), and D. Conn. L. Civ. R. 38, a conference was held on September 5, 2003, and follow up conferences were held on or about September 23, 2003. The participants were Andrew Houlding for the defendant and Catherine Sammartino for Plaintiff.

I. CERTIFICATION

    A.    Undersigned counsel certify that, after consultation with their clients, they have discussed the nature and basis of the parties' claims and defenses and any possibilities for achieving a prompt settlement or other resolution of the case and, in consultation with their clients, have developed the

Report Approved. Discovery cutoff date April 15, 2004.
Dispositive motions due by May 17, 2004.
Status Conference to be held on date to be set.
An order indicating the Conference time will separately issue.
SO ORDERED
10/22/03
Stefan R. Underhill, U.S.D.J.

2003 OCT 22 A 10: 09