# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOTT | : |
| | : |
| v. | : Civil Action No. |
| | : 3:03cv632 (SRU) |
| UNITED NATURAL FOODS, INC. | : |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____ A ruling on the following motions which are currently pending: (orefm.)

_X_ A settlement conference (orefmisc./cnf)

____ A conference to discuss the following: (orefmisc./cnf) _____

____ Other: (orefmisc./misc) _____

SO ORDERED this 1st day of July 2004, at Bridgeport, Connecticut.

       /s/ Stefan R. Underhill
       Stefan R. Underhill
       United States District Judge