UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM K. SCOTT | : | CASE NO. 303CV632(SRU) |
|     Plaintiff | : | |
| VS. | : | |
| | : | |
| UNITED NATURAL FOODS, INC. | : | JULY 9, 2004 |
|     Defendant | : | |

### MOTION TO COMPEL

Now comes the Plaintiff, William K. Scott, by and through his attorneys, and hereby requests pursuant to Rule 37(a) of the Federal Rules of Civil Procedure that this honorable Court order the Defendant, United Natural Foods, Inc., to produce the complete personnel files of Mr. Ronald Gagnon and Mr. Jessie Knight. In support of this Motion, the Plaintiff relies on the attached memorandum of law.

Respectfully Submitted,

WILLIAM K. SCOTT
By his attorney

*[signature]*
SAMMARTINO & BERG LLP
Catherine A. Sammartino
Federal Bar No. CT 24980
128 Dorrance Street, Suite 400
Providence, RI 02903
Tel.: (401) 274-0113
Fax: (401) 274-0175

### Request for Oral Argument

Plaintiff hereby requests an oral argument on the above matters.

*[signature]*

- 1 -

## CERTIFICATION OF SERVICE

I hereby certify that on this 9th day of July 2004, I caused to be submitted via facsimile and regular mail a true copy of the within Motion to Compel to the following counsel of record:

Andrew Houlding, Esq.
Rome McGuigan Sabanosh, P.C.
One State Street, 13th Floor
Hartford, CT 06103