UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM SCOTT, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03cv632 (SRU) |
| | : | |
| vs. | : | |
| | : | |
| UNITED NATURAL FOODS, INC. | : | |
| Defendant. | : | JULY 22, 2004 |

### DEFENDANT'S OBJECTION TO MOTION TO COMPEL

The Defendant in the above-referenced matter hereby files its objection to the Plaintiff's Motion to Compel dated July 9, 2004. In support of its objection, Defendant asserts that it has provided Plaintiff with copies of the entire personnel files of Ronald Gagnon and Jesse Knight, by way of Supplemental Disclosure.

In addition, Defendant notes that Plaintiff's Motion does not conform to the requirements of Federal Rules of Civil Procedure Rule 37 (a)(2)(A), inasmuch as it does not contain a certification of a good faith effort to secure the disclosure without court action.

Accordingly, Defendant respectfully urges the Court to deny the Motion to Compel without sanction.

THE DEFENDANT,
UNITED NATURAL FOODS, INC.

_____
Andrew Houlding, Esq.
Federal Bar # CT12137
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103
Phone: (860) 549-1000
Fax: (860) 724-3921
Its Attorneys

## **ORDER**

The foregoing Objection having been heard by the Court it is hereby Ordered:

SUSTAINED / OVERRULED.

BY THE COURT,

_____
Judge/Clerk

2

## CERTIFICATION

I hereby certify that the foregoing Objection was sent via facsimile, electronic mail and first class mail, postage prepaid, on this 22nd day of July, 2004 to counsel of record as follows:

Via Facsimile: (401) 274-0175

Catherine A. Sammartino, Esq.
Andrew Berg, Esq.
Sammartino & Berg, LLP
C/o Moller, Peck & O'Brian
1010 Wethersfield Avenue
Hartford, CT 06114

Andrew Houlding, Esq.

9968-6/381470

3