UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WILLIAM SCOTT

V.                             Case Number: 3:03cv632 (SRU)

UNITED NATURAL FOODS, INC.

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on February 16, 2005 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on March 18, 2005 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, February 17, 2005.

KEVIN F. ROWE, CLERK

By:   /s/ Alice Montz
      Alice Montz
      Deputy Clerk