UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


WILLIAM SCOTT                         :

    v                                 :

                                :     3:03cv632 (SRU)

UNITED NATURAL FOODS, INC.      :


J U D G M E N T

_____Notice having been sent to counsel of record on February 17, 2005, by order of the Court indicating that the above-entitled case would be dismissed unless counsel of record filed closing papers on or before March 18, 2005, and

No closing papers or further requests for action having been received within the time specified, therefore,

It is ORDERED that this action is dismissed, pursuant to Local Rule 41(b), formerly Local Rule 16(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to re-open the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut this 23rd day of March, 2005.

KEVIN F. ROWE, CLERK


By /s/ Alice Montz
Deputy Clerk


Entered on Docket_____